IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DT BORING, INC, | ) | |
|                 Plaintiff, | ) | |
|    v. | ) | |
| | ) | No: 15-C-11222 |
| THE CHICAGO PUBLIC BUILDING | ) | |
| COMMISSION, HARBOUR CONTRACTORS, | ) | Hon. Robert W. Gettleman |
| INC., an Illinois corporation, ENVIRONMENTAL | ) | |
| DESIGN INTERNATIONAL, INC., an Illinois | ) | Magistrate Judge Geraldine Brown |
| corporation, and JOHN DIMOS, an individual, | ) | |
| | ) | |
|                 Defendants. | ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE
RESPONSES TO MOTIONS TO DISMISS FILED BY DEFENDANTS HARBOUR
CONTRACTORS, INC. AND ENVIRONMENTAL DESIGN INTERNATIONAL, INC.**

Plaintiff DT Boring, Inc. ("DT"), by one of its attorneys, Bruce Rose, respectfully requests a one-week extension of time to, and including March 24, 2016 to file its responses to the motions to dismiss filed by defendants Harbour Contractors, Inc. and Environmental Design International, Inc., and in support thereof, states as follows:

1. Defendants Harbour Contractors, Inc. ("Harbour") and Environmental Design International, Inc. ("EDI") have each filed motions to dismiss DT's *Complaint* in this case.

2. Through a combination of factors, including extensions of time granted to opposing counsel in other cases, Rose has ended up with a convergence of due dates for filing pleadings and briefs in those other cases, as well as in this one, all falling within the last three weeks.

3. Those due dates include filing the appellee's brief in *Armstrong* v. *Armstrong*, 02-16-0815, an appeal pending in the Illinois Appellate Court, Second District due on March 2, 2016, filing the *Second Amended Complaint* in *District Recovery, Inc.* v. *Radwanski*, 08 CH 10532 pending in the Circuit Court of Cook County which was due on March 9, 2016, as well as DT's responses to Harbour's and EDI's motions to dismiss pending before this Court.

1

4. DT's undersigned counsel has been working on DT's responses to the motions to dismiss but, for example, Harbour's motion, filed without the Court's prior approval is 23 pages long, which means that DT's counsel is actually responding to 2 ½ motions, rather than just two.

5. DT's undersigned counsel can complete and file DT's responses within one week of the filing of this motion, *i.e*., on or before March 24, 2016.

WHEREFORE, plaintiff DT Boring, Inc. respectfully requests a one-week extension of time to, and including March 24, 2016 to file its responses to the motions to dismiss filed by defendants Harbour Contractors, Inc. and Environmental Design International, Inc.

        Respectfully submitted,

        Plaintiff DT Boring, Inc.

        /s/   Bruce Rose

        Bruce Rose
        The Law Office of Bruce Rose
        10560 W. Cermak Road
        Westchester, IL 60154
        708.562.9880
        bruce.rose@bruceroselaw.com

        Atty. No. 3125523

        Cristofer E. Lord
        10 South LaSalle Street
        Suite 3300
        Chicago, Illinois 60603
        (312) 606-0035
        Atty. No. 29635
        celord@lordlaw.net

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I filed this document and all exhibits or attachments through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record shown below on March 18, 2016.

/s/   Bruce Rose

Bruce Rose
The Law Office of Bruce Rose
10560 W. Cermak Road
Westchester, IL 60154
708.562.9880
bruce.rose@bruceroselaw.com

Atty. No. 3125523

Cristofer E. Lord
10 South LaSalle Street
Suite 3300
Chicago, Illinois 60603
(312) 606-0035
Atty. No. 29635
celord@lordlaw.net